Firm No. 37409　　　　　　　　　　12612.A2C4　　　　　　　　　　SRM/NL/mrs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRIS MUCZYNSKI, | ) | |
| Plaintiff, | ) ) ) | |
| v | ) ) | No. 10 cv 0081 |
| JACK LIEBLICK, PATRICK MASUDA, DETECTIVE WRONKOWSKI, JEFFREY LOQUERCIO CITY OF CHICAGO, and SERGEANT GRECO, DARRELL FARMER, CITY OF MELROSE PARK and MIKE FARMER, | ) ) ) ) ) ) ) ) | Honorable John W. Darrah<br><br>Magistrate Geraldine Soat Brown |
| Defendants. | ) | |

<u>RULE 11 MOTION FOR SANCTIONS</u>

Defendants, SERGEANT GRECO (hereafter "Greco"), DARRELL FARMER (hereafter "D. Farmer") and CITY OF MELROSE PARK (hereafter "Melrose Park"), by and through their attorneys, Stephen R. Miller and Nikoleta Lamprinakos, moves this court, pursuant to Rule 11, to enter sanctions against Plaintiff's counsel and the Plaintiff, jointly, for naming Officer Darrell Farmer as a defendant in this case. In support thereof, Defendants state as follows:

1.　　Officer Darrell Farmer had nothing to do with this incident.

2.　　Officer Darrell Farmer had no contact with the City of Chicago officers as alleged in the complaint.

3.　　Officer Darrell Farmer was not a co-worker with the Plaintiff or with any other officer involved in this occurrence.

4. Officer Darrell Farmer has no idea why he has been named in this case.

5. Plaintiff has not pleaded any specific actions by Officer Darrell Farmer that caused or contributed to the alleged damages sustained by the Plaintiff because there are none.

6. Counsel for the Defendant notified counsel for the Plaintiff in writing inviting him to comply with the safe harbor provisions of Rule 11 by dismissing Officer Farmer, with no response.

6. The defense also requests reasonable expenses including attorneys' fees incurred, both in filing this motion and defending Officer Darrell Farmer in this matter.

WHEREFORE, Defendants, SERGEANT GRECO, DARRELL FARMER and CITY OF MELROSE PARK request that Rule 11 Sanctions be entered in this matter and for costs, including attorneys' fees, as appropriate, or for other relief.

Respectfully submitted,

MYERS & MILLER LLC

By: s/Stephen R. Miller
Stephen R. Miller

Stephen R. Miller  (6182908)
Nikoleta Lamprinakos (6274018)
Johanna L. Tracy (6278612)
MYERS & MILLER LLC
Thirty North LaSalle Street
Suite 2200
Chicago, Illinois  60602
Ph:     312/345-7250
Fx:     312/345-7251