MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRIS MUCZYNSKI, | |
| Plaintiff, | |
| v. | No: 10-cv-0081 |
| JACK LIEBLICK, PATRICK MASUDA, DETECTIVE WRONKOWSKI, JEFFREY LOQUERCIO, CITY OF CHICAGO, and SERGEANT GRECO, DARRELL FARMER, THE VILLAGE OF MELROSE PARK, and MIKE FARMER, | JUDGE DARRAH<br><br>MAGISTRATE JUDGE BROWN |
| Defendant(s). | |

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff and Defendants the Village of Melrose Park, Sergeant Greco and Darrell Farmer by and through their respective attorneys, and state that the following has been agreed to between those parties:

All of Plaintiff's allegations against Officer Darrell Farmer are hereby voluntarily dismissed without prejudice and with leave to reinstate within one year. Defendants Motion for Sanctions is rendered moot. Each party to bear its own costs in connection with the prosecution of said claims.

By: /s/ Leah Selinger
Attorney for Plaintiff

Dated: June 29, 2010

By: /s/ Stephen Miller
Attorney for Defendants the Village of
Melrose Park, Darrell Farmer, and Sergeant
Greco

Dated: June 29, 2010

Date: 6-30-10

The Honorable John Darrah
United States District Court
Eastern District of Illinois